Miriam L. Schimmel (SBN 185089)
Miriam.Schimmel@capstonelawyers.com
Katherine Den Bleyker (SBN 257187)
Katherine.DenBleyker@capstonelawyers.com
Jonathan Lee (SBN 267146)
Jonathan.Lee@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Donielle Naylor

MARGARET ROSENTHAL, Bar No. 147501
mrosenthal@bakerlaw.com
SABRINA L. SHADI, Bar No. 205405
sshadi@bakerlaw.com
DAWN KENNEDY, Bar No. 252406
dkennedy@bakerlaw.com
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859

Attorneys for Defendants HMS HOST USA, INC.,
HOST INTERNATIONAL, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIELLE NAYLOR, individually, and on behalf of other members of the general public similarly situated, and an as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HMS HOST USA, INC., a Delaware corporation; HOST INTERNATIONAL, INC., a Delaware corporation; STEVEN VARGAS, an individual; LANI TATLONGHARI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:12-cv-01715-CJC(AJWx)<br><br>Hon. Cormac J. Carney<br><br>CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ*.<br><br>**ORDER GRANTING STIPULATION TO (1) REMAND THE CASE TO THE ORANGE COUNTY SUPERIOR COURT AND (2) EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

# ORDER

The Court has read and considered the parties' Stipulation to (1) Remand the Case to the Orange County Superior Court and (2) Extend time to Respond to First Amended Complaint.

**GOOD CAUSE APPEARING,** the present matter is hereby REMANDED to the Superior Court of California for the County of Orange pursuant to 28 U.S.C. § 1447.

**IT IS FURTHER ORDERED** that the deadline for Defendant to Answer the First Amended Complaint shall be extended 30-days to March 1, 2013.

**IT IS SO ORDERED.**

Dated: 1/29/13

Hon. Cormac J. Carney
United States District Judge